**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Alejandro AISPURO, Defendant—Appellant.**

**No. 01–50380.**

**D.C. No. CR–00–03771–JTM.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM **

Alejandro Aispuro appeals the 12–month sentence imposed following his guilty plea conviction for importation of marijuana in violation of 21 U.S.C. §§ 952 and 960. Aispuro's contention that section 960 is facially unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by our decision in *United States v. Mendoza–Paz*, 286 F.3d 1104, 1109–1111 (9th Cir. 2002).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.